**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN WHITTMAN, | No.  2:25-CV-1426-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| CORIE J. CARAWAY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated:  July 2, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1