UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARVIN WHITTMAN,

    Plaintiff,

  v.

CORIE J. CARAWAY, et al.,

    Defendants.

No. 2:25-cv-1426-TLN-DMC

**ORDER**

Plaintiff Marvin Whittman ("Plaintiff"), who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 15, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 11.) This deadline has passed and no objections have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

1  the record and by the proper analysis.
2       Accordingly, IT IS HEREBY ORDERED as follows:
3          1.   The findings and recommendations filed September 15, 2025, (ECF No.
4               11), are adopted in full;
5          2.   This action is DISMSISED without prejudice for lack of prosecution and
6               failure to comply with court rules and orders; and
7          3.   The Clerk of the Court is directed to enter judgment and close this file.
8  Date: October 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2